UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MERRY JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 12-00095** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION: "H"(5)** |

## ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff, Merry Johnson, is awarded EAJA fees in the amount of $6,440.00 (40.25 hours at $160.00 per hour).

New Orleans, Louisiana, this 9th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE